UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 24, 2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALEJANDRO CONTRERAS,

    Defendant.

Case No. 2:17-mj-00122-KJN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ALEJANDRO CONTRERAS,

Case No. 2:17-mj-00122-KJN from custody for the following reasons:

    \_\_\_\_\_ Release on Personal Recognizance

    \_\_\_\_\_ Bail Posted in the Sum of $ _____

    __X__ Unsecured Appearance Bond $ 50,000, cosigned by

    \_\_\_\_\_ Appearance Bond with 10% Deposit    *Omar Aragon*

    \_\_\_\_\_ Appearance Bond with Surety

    \_\_\_\_\_ Corporate Surety Bail Bond

    __X__ (Other): To be released from the Marshals Service at 9:00 AM on 7/25/2017.

Issued at Sacramento, California on July 24, 2017 at *2:25 pm*

    By: *Carolyn Delaney*

    Magistrate Judge Carolyn K. Delaney